# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CORNELIUS MARQUEL SMITH**                                                          **PLAINTIFF**

V.                              No. 3:08CV0153 - BD

**MIKE ETTER**                                                                        **DEFENDANT**

## ORDER

Defendant Etter has filed a motion to continue the trial date (docket entry #34) in this matter. For good cause shown, Defendant's motion (#34) is GRANTED. The trial in this matter is continued. The Court will issue a new scheduling order consistent with this Order.

IT IS SO ORDERED this 22nd day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE