IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CORNELIUS MARQUEL SMITH                                                    PLAINTIFF
ADC #118617

VS.                                    NO. 3:08CV00153-BD

MIKE ETTER                                                                 DEFENDANT

## ORDER

This 42 U.S.C. §1983 case is scheduled for a Bench Trial before U.S. Magistrate Judge Beth Deere on **Tuesday, September 15, 2009, at 9:30 a.m.,** at the United States District Court, 615 South Main Street, Courtroom #324, Jonesboro, Arkansas. Plaintiff, Cornelius Marquel Smith, ADC #118617, is incarcerated at the East Arkansas Regional Unit, Post Office Box 180, Brickeys, AR 72320-0180, in the control and custody of the Arkansas Department of Correction ("ADC"). The incidents giving rise to the allegations in this case occurred while Plaintiff was being held at the Craighead County Detention Facility.

The ADC is hereby directed to ensure Plaintiff's appearance at trial on September 15, 2009. A copy of this Order has been sent to the ADC inmate transportation coordinator.

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE