IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CORNELIUS MARQUEL SMITH**            **PLAINTIFF**

v.            **CASE NO. 3:08CV00153-BD**

**MIKE ETTER, Correctional Officer,**
**Craighead County Detention Facility**            **DEFENDANT**

## ORDER OF DISMISSAL

A bench trial was held in this matter on September 15, 2009. In accordance with the Court's findings of fact and conclusions of law as recited into the record following the presentation of evidence, Judgment was rendered in favor of the Defendant and against the Plaintiff. Therefore, all claims having been adjudicated, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE