# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CORNELIUS MARQUEL SMITH**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:08CV00153-BD**

**MIKE ETTER, Correctional Officer,**
**Craighead County Detention Facility**                                         **DEFENDANT**

## JUDGMENT

A bench trial was held in this matter on September 15, 2009. In accordance with the Court's findings of fact and conclusions of law as recited into the record following the presentation of evidence, Judgment is hereby rendered in favor of the Defendant, and against the Plaintiff.

IT IS SO ORDERED this 17th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE